ACCEPTED
15-25-00018-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/23/2025 9:26 AM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00018-CV

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT
AT AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/23/2025 9:26:17 AM
CHRISTOPHER A. PRINE
Clerk

**PUBLIC UTILITY COMMISSION OF TEXAS,**

*Appellant / Cross-Appellee,*

v.

**CITY OF DENTON, OPERATING AS
DENTON MUNICIPAL ELECTRIC,**

*Appellee / Cross-Appellant.*

On Appeal from the 459th Judicial Court,
Travis County, Texas
Cause No. D-1-GN-23-008974

## JOINT MOTION FOR EXTENSION OF TIME

Appellant/Cross-Appellee Public Utility Commission of Texas ("PUC") and Appellee/Cross Appellant City of Denton, Operating as Denton Municipal Electric ("DME") jointly move for extension of time to file the briefing in in opposition to their cross-appeals before this Court.

1. The PUC and DME both filed their initial briefs in support of their appeals on May 14, 2025. The Response Briefs are currently due on or before June 13, 2025.

2. The Parties seek a 30-day extension of time to file Response Brief, which would make the Brief due on or before July 14, 2025.

3. This extension of time is necessary because of competing deadlines and scheduling conflicts in other matters. Specifically, DME's lead counsel has appellate briefs in two different matters due on May 27, 2025, in the appeals styled *Aranas County, Texas v. Western Steel Co.,* Case No. 13-25-00148-CV and *Aransas County, Texas v. NorthStar Recovery Services, Inc.* Case No. 13-25-00159-CV before the Thirteenth Court of Appeals in Corpus Christi Texas.

The same day, counsel has an all-day mediation in *ES3 Minerals, LLC v. Nicholas Kreines, et al.,* Cause No. 24-BC03B-0005, Third Division of the Texas Business Court, and is preparing mediation materials and briefing in advance of the mediation in an effort to resolve the dispute.

Finally, counsel has a jury trial set to begin June 9, 2025, in *Chandra Ervin v. City of Austin*, Case No. 1:23-cv-1113-ML (Western District of Texas, Austin Division).

4. Counsel for the PUC also has scheduling conflicts in other matters, specifically, two briefs due on June 13, 2025, in the two related cases styled *TCCI Ponder Farms 2021, LLC v. Public Utility Commission*

*of Texas*, Cause No. D-1-GN-24-010011 (250th Judicial District Court, Travis County, Texas), and *TCCI Range-Mead 2021, LLC v. Public Utility Commission of Texas*, Cause No. D-1-GN-24-008563 (459th Judicial District Court, Travis County, Texas).

5.      This request for extension is not brought for purposes of delay, but so that justice may be done, and so the matters at issue may be fully and appropriately briefed for the Court.

For these reasons, the Parties request that this Court grant the Joint Motion for Extension of Time to File their respective Response Briefs, so that the Briefs will be due on or before July 14, 2025. The Parties also request any other relief to which they may be entitled.

Respectfully submitted,

<div style="display:flex">
<div>

**LLOYD GOSSELINK**
  **ROCHELLE & TOWNSEND, P.C.**
816 Congress Avenue, Suite 1900
Austin, Texas 78701
(512) 322-5800 Phone
(512) 472-0532 Facsimile

By:   */s/ Jose E. de la Fuente*
     JOSE E. de la FUENTE
     State Bar No. 00793605
     jdelafuente@lglawfirm.com
     GABRIELLE C. SMITH
     State Bar No. 24093172
     gsmith@lglawfirm.com
     JAMIE L. MAULDIN
     State Bar No. 24065694
     jmauldin@lglawfirm.com
     ROSLYN M. WARNER
     State Bar No. 24117520
     rdubberstein@lglawfirm.com

**ATTORNEYS FOR APPELLEE /
CROSS-APPELLANT**

</div>
<div>

**OFFICE OF THE ATTORNEY**
  **GENERAL OF TEXAS –**
  **ENVIRONMENTAL**
  **PROTECTION DIVISION**
P.O. Box 12548 (MC-066)
Austin, Texas 78711-2548
(512) 463-2012 Phone
(512) 320-0911 Facsimile

By:   */s/ Jordan Pratt*
     JOHN R. HULME
     State Bar No. 10258400
     John.Hulme@oag.texas.gov
     JORDAN PRATT
     State Bar No. 24140277
     Jordan.Pratt@oag.texas.gov

**ATTORNEYS FOR APPELLANT /
CROSS-APPELLEE**

</div>
</div>

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cathy Daniels on behalf of Jose de la Fuente
Bar No. 00793605
cdaniels@lglawfirm.com
Envelope ID: 101196449
Filing Code Description: Motion
Filing Description: JOINT MOTION FOR EXTENSION OF TIME
Status as of 5/23/2025 9:29 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Katherine Coleman | 24059596 | kcoleman@omm.com | 5/23/2025 9:26:17 AM | SENT |
| Jamie Mauldin | 24065694 | jmauldin@lglawfirm.com | 5/23/2025 9:26:17 AM | SENT |
| Gabrielle Smith | 24093172 | gsmith@lglawfirm.com | 5/23/2025 9:26:17 AM | SENT |
| David Laurent | | david.laurent@oag.texas.gov | 5/23/2025 9:26:17 AM | SENT |
| John RHulme | | John.Hulme@oag.texas.gov | 5/23/2025 9:26:17 AM | SENT |
| Jose E.de la Fuente | | jdelafuente@lglawfirm.com | 5/23/2025 9:26:17 AM | SENT |
| Amy Hoffee | | amy.hoffee@cityofdenton.com | 5/23/2025 9:26:17 AM | SENT |
| Chris Ekoh | | chris.ekoh@opuc.texas.gov | 5/23/2025 9:26:17 AM | SENT |
| Justin Swearingen | | justin.swearingen@opuc.texas.gov | 5/23/2025 9:26:17 AM | SENT |
| Jordan Pratt | | Jordan.Pratt@oag.texas.gov | 5/23/2025 9:26:17 AM | SENT |
| Colton Halter | | colton.halter@oag.texas.gov | 5/23/2025 9:26:17 AM | SENT |
| John Hubbard | | jhubbard@omm.com | 5/23/2025 9:26:17 AM | SENT |
| Christiana Segura | 24143396 | christiana.segura@opuc.texas.gov | 5/23/2025 9:26:17 AM | SENT |
| Roslyn Warner | | rwarner@lglawfirm.com | 5/23/2025 9:26:17 AM | SENT |
| Devin Alexander | | devin.alexander@cityofdenton.com | 5/23/2025 9:26:17 AM | SENT |
| Michael McMillin | | mmcmillin@omm.com | 5/23/2025 9:26:17 AM | SENT |
| Sharbel Sfeir | | sharbel.sfeir@opuc.texas.gov | 5/23/2025 9:26:17 AM | SENT |
| Marcella Lunn | | marcella.lunn@cityofdenton.com | 5/23/2025 9:26:17 AM | SENT |